The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$4,349.60, MORE OR LESS, REPRESENTING THE FUNDS SEIZED ON APRIL 11, 2007, FROM WASHINGTON MUTUAL BANK ACCOUNT #XXXXXX3529 IN THE NAME "PHUONG THAO LISA TRAN" et al.,<br><br>Defendants, | NO. C07-1675RSM<br><br>DEFAULT JUDGMENT OF FORFEITURE |

Plaintiff, United States of America filed its Verified Complaint for Forfeiture <u>in rem</u> herein on October 12, 2007. The Complaint alleged that the following properties are subject to seizure and forfeiture by the United States:

a. $4,349.60, more or less, representing the funds seized on April 11, 2007, from Washington Mutual Bank account #3506333529 in the name "Phuong Thao Lisa Tran";

b. $2,125.53, more or less, representing the funds seized on April 11, 2007, from Washington Mutual Bank account #1814192637 in the name "Phuong Thao Lisa Tran";

DEFAULT JUDGMENT OF FORFEITURE- 1
$4,369.60, MORE OR LESS, REPRESENTING THE FUNDS SEIZED, et al. (C07-1675RSM)

c. $29,049.67, more or less, representing the funds seized on April 11, 2007, from Washington Federal Savings account #1357002698 in the name "Victor Nguyen and Lisa Tran";

d. $7,926.20, more or less, representing the funds seized on April 11, 2007, from Wells Fargo Bank account #2908155860 in the name "Lisa P Tran";

e. $2,869.59, more or less, representing the funds seized on April 11, 2007, from Wells Fargo Bank account #6683182031 in the name "Lisa P Tran";

f. $31.51, more or less, representing the funds seized on April 11, 2007, from Wells Fargo Bank account #1379201856 in the name "Victor Nguyen";

g. $1,710.74, more or less representing the funds seized on April 11, 2007, from Wells Fargo Bank account #1379210543 in the name "MSN Investments, Inc." (Victor Nguyen);

h. $9,190.09, more or less, representing the funds seized on April 11, 2007, from Wells Fargo Bank Account #2526166976 in the name of "Victor Nguyen d/b/a MSN Investments";

i. $5,132.22, more or less, representing the funds seized on April 11, 2007, from Wells Fargo Bank account #3853037509 in the name "Victor Nguyen";

j. $1,024.34, more or less representing the funds seized on April 11, 2007, from Washington Federal Savings account #1354017772 in the name "Victor Nguyen";

k. $244.33, more or less, representing the funds seized on April 11, 2007, from Washington Federal Savings account #1354017764 in the name "Victor Nguyen";

l. $4,352.17, more or less, representing the funds seized on April 11, 2007, from Bank of America Account #76286764 in the name of "Lisa P.T. Tran and Le My Nguyen";

m. $52.88, more of less, representing the funds seized on April 11, 2007, from Bank of America Account #83728188 in the name of "Tan A. Thai";

n. 18310 114th Ave. SE, Renton, Washington (King County Parcel # 3223059283), its buildings, improvements, appurtenances, fixtures, attachments and easements. Property titled in the name of Victor Nguyen and Lisa Tran; and[1]

---

[1] On July 25, 2008, the Court issued an Order Granting Washington Federal Savings' Motion for Release of Real Property. See Docket No. 74. On August 1, 2008, the United States filed a Notice of Release of Lis Pendens of the real property located at 178310 114th Ave. SE, Renton, Washington, 98055. See Docket No. 75. The United States is not seeking forfeiture of this property.

DEFAULT JUDGMENT OF FORFEITURE- 2
$4,369.60, MORE OR LESS, REPRESENTING THE FUNDS SEIZED, et al. (C07-1675RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1         o.     $6,841.20 in net proceeds from the Stipulated Interlocutory Sale of real property located at 1727 SE 30th Place, Renton, Washington (King County Parcel # 0088000633), its buildings, improvements, appurtenances, fixtures, attachments and easements. Property titled in the name of Victor Danh Nguyen and Lisa P. T. Tran;[2]

(sometimes hereinafter referred to as the defendant properties), pursuant to pursuant to the provisions of Title 21, United States Code, Section 881(a)(6), as money or other things of value, furnished, or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, money used or intended to be used to facilitate a conspiracy to manufacture, and manufacturing of, marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; and pursuant to Title 18, United States Code, Section 981(a)(1)(A), as property involved in money laundering transactions and a money laundering conspiracy, in violation of Title 18, United States Code, Sections 1956(a)(1)(A), 1956(a)(2), 1956(h), and 1957; and/or pursuant to Title 31, United States Code, Section 5317(c)(2), as property involved in structuring and a conspiracy to commit structuring, in violation of Title 31, United States Code, Section 5324(a) and Title 18 United States Code, Section 371.

        On October 12, 2007, the United States filed a Verified Complaint for Forfeiture In Rem against the defendant properties, brought pursuant to the provisions of Title 21, United States Code, Section 881(a)(6), as money or other things of value, furnished, or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, money used or intended to be used to facilitate a conspiracy to manufacture, and manufacturing of, marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; and pursuant to Title 18, United States Code, Section 981(a)(1)(A), as property involved in money laundering transactions and a money laundering conspiracy, in violation of Title 18, United States Code,

---

[2] On April 8, 2008, the Court issued an order approving a Stipulation for Interlocutory Sale of the real property located at 1727 SE 30th Pl., Renton, Washington, 98055, and the Substitution of the Net Sales Proceeds for the Property. See Docket No. 67. The property was sold and the net proceeds of the sale totaling $6,841.20 were deposited in the U.S. Marshals Seized Asset Holding account as a substitute *res*.

DEFAULT JUDGMENT OF FORFEITURE- 3
$4,369.60, MORE OR LESS, REPRESENTING THE FUNDS SEIZED, et al. (C07-1675RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

Sections 1956(a)(1)(A), 1956(a)(2), 1956(h), and 1957; and/or pursuant to Title 31, United States Code, Section 5317(c)(2), as property involved in structuring and a conspiracy to commit structuring, in violation of Title 31, United States Code, Section 5324(a) and Title 18 United States Code, Section 371. See Docket No. 1.

On October 12, 2007, a Warrant of Arrest in rem was issued to arrest the defendant properties. See Docket No. 3.

On November 21, 2007, Plaintiff instructed the U.S. Marshals Service to perfect personal service of the Verified Complaint for Forfeiture in rem, the Notice of Complaint for Forfeiture in rem, and Warrant of Arrest in rem (hereinafter "complaint and supporting documents") upon Philip Nguyen, Registered Service Agent for Kent Distributor, Inc. and MSN Investments, Yen Phuong Tran, and Tan An Thai. A copy of the complaint and supporting documents, were also sent via registered mail, return receipt requested, as follows:

    a.    November 20, 2007: sent to attorney Mark D. Mestel, counsel for Danh Van Nguyen;

    a.    December 3, 2007: sent to attorney Stephen R. Illa, counsel for Phuong Thao Tran;

    b.    December 10, 2007: sent to John Henry Browne, counsel for Le My Nguyen and David Henry Gehrke, counsel for Le My Nguyen.

On November 27, 2007, attorney Mark David Mestel, counsel for Danh Van Nguyen filed an Acknowledgment of Service wherein Mark David Mestel acknowledged service of the complaint and supporting documents on behalf of Danh Van Nguyen. See Docket Nos. 4-12. On December 12, 2008, attorney Mark David Mestel, counsel for Danh Van Nguyen, filed several Answers to the Complaint and several Claims on behalf of Danh Van Nguyen. See Docket Nos. 13-30, and 45-46.

On December 19, 2007, attorney Stephen R. Illa, counsel for Phuong Thao Tran, filed an Acknowledgment of Service wherein Stephen R. Illa acknowledged service of the complaint and supporting documents on behalf of Phuong Thao Tran. See Docket No. 47. Also, on December 19, 2008, attorney Stephen P. Illa, counsel for Phuong Thao Tran, filed a Notice of Appearance on behalf of Phuong Thao Tran. See Docket No. 48.

DEFAULT JUDGMENT OF FORFEITURE- 4
$4,369.60, MORE OR LESS, REPRESENTING THE FUNDS SEIZED, et al. (C07-1675RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1         On December 19, 2007, the United States filed an Acknowledgment of Service wherein attorney John Henry Browne, counsel for Le My Nguyen, acknowledged service of the complaint and related documents on behalf of Le My Nguyen. See Docket No. 49.

        On December 21, 2007, attorney Stephen R. Illa, counsel for Phoung Thao Tran, filed an Answer to Complaint and Claim on behalf of Phoung Thao Tran. See Docket Nos. 50 and 51.

        On December 3, 10, and 17th, 2007, the United States published notice of the arrest of the defendant vehicle in The Daily Journal of Commerce. All interested persons were advised to file their claims pursuant to Supplemental Rule G(5) of the Federal Rules of Civil Procedure with the Clerk of the Court within thirty (30) days after the date of publication and to serve their answers to the complaint within twenty (20) days after the filing of a claim. The United States Marshals Service filed the Return of Service regarding said publication on January 3, 2008. See Docket No. 53.

        On January 3, 2008, the United States Marshals Service filed a Return of Service wherein the United States Marshals Service confirmed that personal service of the complaint and supporting documents was perfected upon Philip Nguyen on January 4, 2008. See Docket No. 54.

        On January 17, 2008, the United States Marshals Service filed a Return of Service wherein the United States Marshals Service confirmed that personal service of the complaint and supporting documents was perfected upon Yen Phuong Tran on December 17, 2007. See Docket No. 58.

        On January 17, 2008, the United States Marshals Service filed a Return of Service wherein the United States Marshals Service confirmed that personal service of the complaint and supporting documents was perfected upon Tan An Thai on December 17, 2007. See Docket No. 59.

        On August 5, 2008, the Court filed an Order Granting the United States' Motion to Dismiss the Claims and Answers of Danh Van Nguyen and Phoung Thao Tran. See Docket No. 76.

DEFAULT JUDGMENT OF FORFEITURE- 5
$4,369.60, MORE OR LESS, REPRESENTING THE FUNDS SEIZED, et al. (C07-1675RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

The United States has provided written notice to all persons known to have an alleged interest in the defendant properties. No claim of interest has been received or filed with the Court from Philip Nguyen, Registered Service Agent for MSN Investments, Inc. and Kent Distributor Inc., Yen Phuong Tran, or Tan An Thai. The Claims and Answers filed by Danh Van Nguyen and Phuong Thao Tran have been dismissed by the Court. Further, the time allowed for the filing of such a claim has expired.

The United States has provided written notice to all persons known to have an alleged interest in the defendant properties. No claim of interest has been received or filed with the Court from Philip Nguyen, Registered Service Agent for MSN Investments, Inc. and Kent Distributor Inc., Yen Phuong Tran, or Tan An Thai. The Claims and Answers filed by Danh Van Nguyen and Phuong Thao Tran have been dismissed by the Court. Further, the time allowed for the filing of such a claim has expired.

On September 26, 2008, the Clerk of the Court entered an Order of Default against Philip Nguyen, Registered Service Agent for MSN Investments, Inc. and Kent Distributor Inc., Yen Phuong Tran, or Tan An Thai, Danh Van Nguyen, Phuong Thao Tran and any unknown persons who have failed to plead, answer or otherwise submit a claim to the defendant properties.

Now, therefore on motion by the Plaintiff, United States of America, for a Default Judgment for Forfeiture, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. This Court has jurisdiction over this action under Title 18, United States Code Sections 1345 and 1355.

2. Pursuant to Title 21, United States Code, Section 881(a)(6), the following defendant properties are forfeited to the United States of America, and no right, title, or interest in the defendant properties shall exist in any other party:

    a. $4,349.60, more or less, representing the funds seized on April 11, 2007, from Washington Mutual Bank account #3506333529 in the name "Phuong Thao Lisa Tran";

DEFAULT JUDGMENT OF FORFEITURE- 6
$4,369.60, MORE OR LESS, REPRESENTING THE FUNDS SEIZED, et al. (C07-1675RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

|   |   |    |   |
|---|---|----|---|
| 1 |   | b. | $2,125.53, more or less, representing the funds seized on April 11, 2007, from Washington Mutual Bank account #1814192637 in the name "Phuong Thao Lisa Tran"; |
| 2 |   | c. | $29,049.67, more or less, representing the funds seized on April 11, 2007, from Washington Federal Savings account #1357002698 in the name "Victor Nguyen and Lisa Tran"; |

b. $2,125.53, more or less, representing the funds seized on April 11, 2007, from Washington Mutual Bank account #1814192637 in the name "Phuong Thao Lisa Tran";

c. $29,049.67, more or less, representing the funds seized on April 11, 2007, from Washington Federal Savings account #1357002698 in the name "Victor Nguyen and Lisa Tran";

d. $7,926.20, more or less, representing the funds seized on April 11, 2007, from Wells Fargo Bank account #2908155860 in the name "Lisa P Tran";

e. $2,869.59, more or less, representing the funds seized on April 11, 2007, from Wells Fargo Bank account #6683182031 in the name "Lisa P Tran";

f. $31.51, more or less, representing the funds seized on April 11, 2007, from Wells Fargo Bank account #1379201856 in the name "Victor Nguyen";

g. $1,710.74, more or less representing the funds seized on April 11, 2007, from Wells Fargo Bank account #1379210543 in the name "MSN Investments, Inc." (Victor Nguyen);

h. $9,190.09, more or less, representing the funds seized on April 11, 2007, from Wells Fargo Bank Account #2526166976 in the name of "Victor Nguyen d/b/a MSN Investments";

i. $5,132.22, more or less, representing the funds seized on April 11, 2007, from Wells Fargo Bank account #3853037509 in the name "Victor Nguyen";

j. $1,024.34, more or less representing the funds seized on April 11, 2007, from Washington Federal Savings account #1354017772 in the name "Victor Nguyen";

k. $244.33, more or less, representing the funds seized on April 11, 2007, from Washington Federal Savings account #1354017764 in the name "Victor Nguyen";

l. $4,352.17, more or less, representing the funds seized on April 11, 2007, from Bank of America Account #76286764 in the name of "Lisa P.T. Tran and Le My Nguyen";

m. $52.88, more of less, representing the funds seized on April 11, 2007, from Bank of America Account #83728188 in the name of "Tan A. Thai";

o. $6,841.20 in net proceeds from the Stipulated Interlocutory Sale of real property located at 1727 SE 30th Place, Renton, Washington (King County Parcel # 0088000633), its buildings, improvements, appurtenances, fixtures, attachments and easements. Property titled in the name of Victor Danh Nguyen and Lisa P. T. Tran.

DEFAULT JUDGMENT OF FORFEITURE- 7
$4,369.60, MORE OR LESS, REPRESENTING THE FUNDS SEIZED, et al. (C07-1675RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

3. The United States Marshals Service shall dispose of the defendant properties in accordance with the law.

4. The Clerk of the Court shall deliver forty-two (42) raised seal, certified copies of this Default Judgment for Forfeiture to the United States Marshals Service.

DATED this 18 day of November , 2008.

*signature*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Richard E. Cohen*
RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-3903
Phone: 206-553-2242
FAX: 206-553-6934
E-Mail: Richard.E.Cohen@usdoj.gov

DEFAULT JUDGMENT OF FORFEITURE- 8
$4,369.60, MORE OR LESS, REPRESENTING THE FUNDS SEIZED, et al. (C07-1675RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970